MR. PRESIDING JUSTICE SMITH delivered the opinion of the court.

This is a writ of error from a judgment in a prosecution on an information substantially the same as set out in People v. Hustion, *ante,* p. 293, in an opinion handed down of this date. The same objection to the information there made is also urged here. The decision in the said case is controlling here, and the judgment is reversed and the cause remanded.

*Reversed and remanded.*

---

**The People of the State of Illinois, Defendant in Error, v. Eugene Hustion, Plaintiff in Error.**

**Gen. No. 18,715.**

This case is controlled by the decision in People v. Hustion, No. 18,713, *ante,* page 293.

Error to the Municipal Court of Chicago; the Hon. SHERIDAN E. FRY, Judge, presiding. Heard in this court at the October term, 1912. Reversed and remanded. Opinion filed March 24, 1913.

ARCHIBALD E. GUERIN and WALLACE STREETER, for plaintiff in error.

MACLAY HOYNE, for defendant in error; ZACH HOF-HEIMER, of counsel.

MR. PRESIDING JUSTICE SMITH delivered the opinion of the court.

This is a writ of error from a judgment in a prosecution on an information substantially the same as set out in People v. Hustion, *ante,* p. 293, in an opinion handed down of this date. The same objection to the information there made is also urged here. The decision in the said case is controlling here, and the judgment is reversed and the cause remanded.

*Reversed and remanded.*